PS-8
8/88

# UNITED STATES DISTRICT COURT

for

# EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION

U.S.A. vs. Shannon Rene Gutierrez            Docket No. 7:09-M-1247-1

## Petition for Action on Conditions of Pretrial Release

COMES NOW Djoni B. Barrett, probation officer of the court, presenting an official report upon the conduct of defendant, Shannon Rene Gutierrez, who was placed under pretrial release supervision by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, sitting in the Court at Wilmington, NC, on the 14th day of April, 2010, under the following conditions:

- Report to the probation office or supervising officer as directed.

- Abide by the following restrictions on personal association, place of abode, or travel: Eastern District of North Carolina

- Refrain from any use of alcohol.

- Submit to any method of testing required by the supervising officer for determining whether the defendant is using a prohibited substance.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 22, 2010, the defendant's mother, Kristi Marinez, informed the probation officer that on July 21, 2010, the defendant was admitted to Brynn Marr Hospital in Jacksonville, North Carolina, following an overdose of Percoset and Furoset. Mrs. Marinez reports the defendant has a prescription for Furoset, but she is not taking the medication as prescribed. Mrs. Marinez reports the defendant does not have a prescription for Percoset and the defendant's girlfriend, Holly, is providing Percoset to the defendant. Mrs. Marinez further reported to the probation officer that the defendant has been consuming alcohol and operating a motor vehicle. On July 23, 2010, the probation officer verified the defendant was at Brynn Marr Hospital. At this time, Brynn Marr officials could not verify the defendant's expected release date.

Shannon Rene Gutierrez
Docket No. 7:09-M-1247-1
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that a hearing be scheduled to determine if her bond should be revoked.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert K. Britt | /s/Djoni B. Barrett |
| Robert K. Britt | Djoni B. Barrett |
| Sr. U.S. Probation Officer | U.S. Probation Officer |
| | 472-C Western Blvd. |
| | Jacksonville, NC 28546-6862 |
| | Phone: (910) 347-9038 |
| | Executed On: July 29, 2010 |

## ORDER OF COURT

Considered and ordered this __30__ day of __July__, 2010, and ordered filed and made a part of the records in the above case.

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge